| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:16CR00170 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:26-cr-00061-CDS-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Nevada | U.S. Probation Office |

X FILED ____ RECEIVED
____ ENTERED ____ SERVED ON

**4/24/2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ MAM ___

Paul M. Rogers
Las Vegas, Nevada 89141

| NAME OF SENTENCING JUDGE |
|---|
| Pamela Pepper |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 2/13/2026 | 2/12/2031 |

**OFFENSE**
INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Communal ties, familiar ties, and pending legal matters

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ Wisconsin _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ April 1, 2026 _____
Date

_____ *(signature)* _____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ April 28, 2026 _____
Effective Date

_____ *(signature)* _____
United States District Judge